Friday, July 01, 2011

Mr. David C. Duggins
Duggins Wren Mann & Romero, LLP
P.O. Box 1149
Austin, TX 78767-1149

Mr. James K. Rourke Jr.
Office of Public Utility Counsel
P. O. Box 12397
Austin, TX 78711-2397

Mr. Thomas Lane Brocato
Lloyd Gosselink Rochelle & Townsend, P.C.
816 Congress Ave., Suite 1900
Austin, TX 78701

Ms. Tonya Michelle Gray
Andrews Kurth LLP
1717 Main St., Suite 3700
Dallas, TX 75201
Mr. James G. Boyle
Herrera & Boyle, PLLC
816 Congress Avenue, Suite 1250
Austin, TX 78701

Mr. Lino Mendiola
Andrews & Kurth, L.L.P.
111 Congress Ave., Suite 1700
Austin, TX 78701-4069

Ms. Elizabeth R. B. Sterling
Environmental Protection & Administrative Law Div.
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Bryan L. Baker
Office of the Attorney General
P. O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 08-0634
 Court of Appeals Number: 03-07-00196-CV
 Trial Court Number: D-1-GV-06-000827

Style: AEP TEXAS CENTRAL COMPANY
 v.
 PUBLIC UTILITY COMMISSION OF TEXAS, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk
 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Mr. Kenneth L. |
| |Wiseman |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Jeffrey D. Kyle |